## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

TELEMECHUS LOVE,

   Plaintiff,

v.             Case No: 6:24-cv-1535-LHP

MASONITE DOOR FABRICATION
SERVICE, INC., MASONITE
CORPORATION and OWENS
CORNING,

   Defendants

_____

### ORDER

   This cause comes before the Court on Plaintiff's Response to Show Cause Order.  Doc. No. 17; *see also* Doc. No. 15.  Upon review, it is **ORDERED** that within **ten (10) days** of the date of this Order, Defendants are **DIRECTED** to file a response addressing Plaintiff's Response (Doc. No. 17), and the appropriate Division of the Middle District of Florida for this case.  *See* Doc. No. 15; Local Rule 1.04.

   **DONE** and **ORDERED** in Orlando, Florida on February 10, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties